UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MICHAEL D. CLAY, ET AL.**

**CIVIL ACTION**

**VERSUS**

**NO. 16-296-JWD-CBW**

**NEW TECH GLOBAL VENTURES, LLC**

**RULING AND ORDER**

This matter is before the Court on Plaintiffs' Objections to, and Appeal of, the Magistrate Judge's Order Reviewing the Clerk's Taxation of Costs, (Doc. 214). The Memorandum Ruling and Order on appeal was issued by United States Magistrate Judge Carol B. Whitehurst on April 15, 2020 (Doc. 213).  The Court has reviewed the objection filed by Defendant (Doc. 220) and the Memorandum Ruling and Order of the Magistrate Judge, (Doc. 213).  The Court finds no error of fact or law.  Indeed, the Court agrees with the assessment of the Magistrate Judge.

Rule 72(a) of the Federal Rules of Civil Procedure provides that the Court shall consider objections made by the parties to a magistrate judge's ruling on a non-dispositive matter and "shall modify or set aside any portion of the magistrate's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A).

Accordingly, there being no basis for the objection to the Magistrate Judge's Memorandum Ruling and Order, the Plaintiff's Objections to, and Appeal of, the Magistrate Judge's Order Reviewing the Clerk's Taxation of Costs  (Doc. 214) is DENIED, and the said order of the Magistrate Judge is hereby AFFIRMED.

Signed in Baton Rouge, Louisiana, on February 5, 2021.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**